UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ALLEN ALPHONZO ADAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV411-110 |
| ) | |
| CARL HUMPHREY,[1] ) | |
| ) | |
| Respondent. ) | |

## ORDER

Allen Alphonzo Adams is currently confined in Georgia Diagnostic and Classification State Prison in Butts County, Georgia. (Doc. 1.) He has filed a habeas petition in this District attacking a 1992 Putnam County, Georgia conviction. (*Id.*) Federal law permits a state prisoner's habeas petition to be filed in the district within which the prisoner was convicted or in the district within which he is confined. 28 U.S.C. § 2241(d). Adams is not confined in this district nor was he convicted here. Both Butts and Putnam Counties are within the jurisdiction of the

---

[1] Adams refers to the respondent as "Card Humerphy." (Doc. 1 at 1.) The acting warden at Adams's prison, however, is Carl Humphrey. Accordingly, the Court has corrected the caption and **DIRECTS** the Clerk to modify the docket to reflect respondent's actual name.

United States District Court for the Middle District of Georgia. 28 U.S.C. § 90(b)(2) (Butts and Putnam Counties lie within the Macon Division of the Middle District). Since Adams' case has no connection to this District whatsoever, his case should be transferred to the United States District Court for the Middle District of Georgia. *See* 28 U.S.C. § 1406(a) (permitting a district court to transfer a case "laying venue in the wrong division" to "any district or division in which it could have been brought."). The Court therefore **DIRECTS** the Clerk to transfer this case to the United States District Court for the Middle District of Georgia for all further proceedings.

**SO ORDERED** this 9th day of May, 2011.

/s/ 
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA